**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLAXOSMITHKLINE LLC
One Franklin Plaza
200 N. 16th St.
Philadelphia, PA 19102-1225

Plaintiff,

v.

HON. DAVID J. KAPPOS
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office
Office of General Counsel,
United States Patent and Trademark Office
P.O. Box 15667, Arlington, VA 22215
Madison Building East, Rm. 10B20
600 Dulany Street, Alexandria, VA 22314

Defendant.

Civil Action No.:

**COMPLAINT**

Plaintiff, GlaxoSmithKline LLC ("Plaintiff" or "GSK"), for its complaint against the Honorable David J. Kappos, states as follows:

**NATURE OF THE ACTION**

1. This is an action by the assignee of United States Patent No. 7,547,719 ("the '719 patent") seeking judgment, pursuant to 35 U.S.C. §154(b)(4)(A), that the patent term adjustment for the '719 patent be changed from 288 days to at least 785 days.

2. This action arises under 35 U.S.C. §154 and the Administrative Procedures Act, 5 U.S.C. §§701-706.

## JURISDICTION AND VENUE

3. This Court has jurisdiction to hear this action and is authorized to issue the relief sought pursuant to 28 U.S.C. §§1331, 1338(a), and 1361, 35 U.S.C. §154(b)(4)(A) and 5 U.S.C. §§701-706.

4. Venue is proper in this district by virtue of 35 U.S.C. §154(b)(4)(A).

5. This Complaint is timely filed in accordance with 35 U.S.C. §154(b)(4)(A).

## THE PARTIES

6. Plaintiff GSK is a limited liability corporation organized under the laws of Delaware, having a principal place of business at One Franklin Plaza, 200 N. 16th St., Philadelphia, PA 19102-1225.

7. Defendant David J. Kappos is the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("PTO"), acting in his official capacity. The Director is the head of the agency, charged by statute with providing management supervision for the PTO and for the issuance of patents. The Director is the official responsible for determining the period of patent term adjustment under 35 U.S.C. §154.

## BACKGROUND

8. Stephen Moore is the inventor of the '719 patent, which issued on June 16, 2009, from U.S. Patent Application No. 10/515,304 ("the '304 application") entitled "3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid bis-(monoethanolamine)." The '719 patent is attached as Exhibit A.

9. Plaintiff GSK is the assignee of the '719 patent.

10. Section 154 of Title 35 of the United States Code requires that the Director of the PTO grant a patent term adjustment in accordance with the provisions of Section 154(b). Specifically, 35 U.S.C. §154(b)(3)(D) states that "[t]he Director shall proceed to grant the patent after completion of the Director's determination of a patent term adjustment under the procedures established under this subsection, notwithstanding any appeal taken by the applicant of such determination."

11. In determining patent term adjustment, the Director is required to extend the term of a patent for a period equal to the total number of days attributable to delay by the PTO under 35 U.S.C. §154(b)(1), as limited by any overlapping periods of delay by the PTO as specified under 35 U.S.C. §154(b)(2)(A), any disclaimer of patent term by the applicant under 35 U.S.C. §154(b)(2)(B) and any delay attributable to the applicant under 35 U.S.C. §154(b)(2)(C).

12. The Director made a determination of patent term adjustment pursuant to 35 U.S.C. §154(b)(3) and issued the '719 patent reflecting that determination.

13. 35 U.S.C. §154(b)(4)(A) provides that "[a]n applicant dissatisfied with a determination made by the Director under paragraph (3) shall have remedy by a civil action against the Director filed in the United States District Court for the District of Columbia within 180 days after grant of the patent. Chapter 7 of Title 5 shall apply to such an action."

## CLAIM FOR RELIEF

14. The allegations of paragraphs 1-13 are incorporated in this claim for relief as if fully set forth.

15. The patent term adjustment for the '719 patent, as determined by the Director under 35 U.S.C. §154(b) and indicated on the face of the '719 patent, is 288 days. (*See* Ex. A at page 1.) The determination of this patent term adjustment should be adjusted because the PTO did not properly account for the delays that occurred before the date that was three years after the actual filing of the '304 application, pursuant to 35 U.S.C. §154(b)(1)(A). The correct patent term adjustment for the '719 patent is at least 785 days.

16. The '304 application is a national stage filing under 35 U.S.C. §371 of international application number PCT/US03/16255, filed May 21, 2003, which claims the benefit of priority of U.S. provisional application number 60/382,871, filed May 22, 2002. (*See* Ex. A at page 1.)

17. 35 U.S.C. §371 (b) and (f) define the actual filing date, or commencement, of a United States national stage application. According to 35 U.S.C. §371(b), the U.S. national stage commences on the date that is 30 months after the priority date of a Patent Cooperation Treaty ("PCT") application unless the applicant files an express request for early processing under 35 U.S.C. §371(f). Absent the filing of such a request, the U.S. national stage commences under the provisions of 35 U.S.C. §371(b).

18. Here, the 30-month period expired on November 21, 2004 and the national stage of the '304 application commenced on November 22, 2004, since no express request for early processing under 35 U.S.C. §371(f) was filed with the PTO.

19. On November 23, 2005, the PTO mailed Plaintiff a "Notification of Missing Requirements" under 35 U.S.C. §371, indicating that the inventor's oath or declaration, in compliance with 37 C.F.R. 1.497(a) and (b), must be furnished to complete the requirements for acceptance under 35 U.S.C. §371.

20. This inventor's oath or declaration was filed on February 22, 2006, thus satisfying all requirements for filing under 35 U.S.C. §371(c)(1), (2) and (4) ("the 371(c) completion date"). (*See* Ex. A at page 1.)

21. Under 35 U.S.C. §154(b)(1)(A), the applicant is guaranteed prompt PTO responses. If the issue of an original patent is delayed due to the failure of the PTO to engage in reasonable efforts to conclude prosecution, the term of the patent shall be extended in accordance with 37 C.F.R. § 1.703 (a) ("A Delay"). Here, the A Delay was calculated to be 290 days caused by the failure of the PTO to issue the first office action within 14 months from the 371(c) completion date.

22. Under 35 U.S.C. §154(b)(1)(B) and 37 C.F.R. §1.702(b), the applicant is guaranteed no more than a 3-year application pendency from the "actual filing date" of the application. Delay caused by the failure of the PTO to issue a patent within 3 years is assessed in accordance with 37 C.F.R. §1.703(b) ("B Delay"). The term of a patent shall be extended 1 day for each day after the end of that 3-year period until the patent is issued, not including any delay in the processing of the application requested by the applicant.

23. The starting date of the 3-year period is set forth in 35 U.S.C. §371(b): "Subject to subsection (f) of this section, the national stage shall commence with the expiration of the applicable time limit under article 22(1) or (2) or under article 39(1) of the [PCT]." According to the above, the actual filing date of the '304 application was the expiration of the 30-month period (November 22, 2004) and the 3-year pendency ended on November 22, 2007. The total B Delay is the period beginning on November 22, 2007 and ending on the date the patent issued (June 16, 2009), which is 573 days.

24. Under 35 U.S.C. §154(b)(2)(C), the number of days of applicant delay is 2 days.

25. 35 U.S.C. §154(b)(2)(A) provides that "to the extent that periods of delay attributable to grounds specified in paragraph [b](1) overlap, the period of any adjustment … shall not exceed the actual number of days the issuance of the patent was delayed." The overlap between the "A Delay" period (ending February 5, 2008) and the "B Delay" period (beginning November 22, 2007) in the prosecution of the '719 patent is 76 days.

26. The '719 patent is not subject to a disclaimer of term. Thus, the period of patent term adjustment is not limited under 35 U.S.C. §154(b)(2)(B).

27. Accordingly, the correct patent term adjustment under 35 U.S.C. §154(b)(1) and (2) is the sum of the "A Delay" and "B Delay" (290 + 573 = 863) reduced by the number of days of applicant delay (2 days) and overlap period (76 days) for a net adjustment of 785 days.

28. The Director calculated the "B Delay" as having commenced on the 35 U.S.C. §371(c) completion date of the '304 application instead of as having commenced on the day that was three years after the actual filing date of the '304 application. As a result, the Director incorrectly determined that the entire period of "B Delay" overlapped with the entire period of "A Delay."

29. Thus, the net patent term adjustment should not have been limited under 35 U.S.C. §154(b)(2)(A) by 288 days. Rather, the net patent term adjustment should have been 785 days.

30. In *Wyeth v. Dudas*, 580 F. Supp. 2d 138 (D.D.C. 2008), this Court explained the proper construction of the provisions of 35 U.S.C. §154(b) for determining patent term adjustment. In accordance with *Wyeth*, the patent term adjustment for the '719 patent is properly determined to be 785 days, as set forth above.

31. Further, the Director should not have calculated the "B Delay" as having commenced three years after the 35 U.S.C. §371(c) completion date of the '304 application. As stated in 35 U.S.C. §371(b), the actual filing date of a U.S. national stage application is the date that is 30 months after the priority date of the PCT application unless the applicant files an express request for early processing under 35 U.S.C. §371(f). Since no express request for early processing under 35 U.S.C. §371(f) was filed in this case, the actual filing date for the '304 application was November 22, 2004.

32. Thus, the Director should have calculated the amount of "B" delay as having commenced three years after the actual filing date (November 22, 2007), rather than three years after the 35 U.S.C. §371(c) completion date (February 22, 2009).

33. Therefore, regardless of the outcome of *Wyeth v. Dudas*, 580 F. Supp. 2d 138 (D.D.C. 2008) in the Federal Circuit, Plaintiff is entitled to a recalculation of the amount of "B" delay. Under the PTO's interpretation, the '719 patent is entitled to 571 days of patent term adjustment (573 days of "B" delay – 2 days of Applicant delay = 571 days of patent term adjustment), which is 283 days more than the 288 days provided by the Director.

34. The determination that the '719 patent is entitled to only 288 days of patent term adjustment is arbitrary, capricious, an abuse of discretion or otherwise not in accordance with the law and in excess of statutory jurisdiction, authority or limitation.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff demands judgment against Defendant and respectfully requests that this Court enter Orders:

A. Changing the period of patent term adjustment for the '719 patent term from 288 days to 785 days and requiring the Director to extend the term of the '719 patent to reflect the 785 day patent term adjustment.

B. Changing the period of "B" delay for the '719 patent term to 571 days of patent term adjustment and requiring the Director to extend the term of the '719 patent to reflect that change.

C. Granting such other and future relief as the nature of the case may admit or require and as may be just and equitable.

Dated: December 4, 2009

Respectfully submitted,

Edmund J. Haughey, III (DC Bar No. 462773)
FITZPATRICK, CELLA, HARPER & SCINTO
975 F Street, N.W.
Washington, DC 20004
Telephone: (202) 530-1010
Facsimile: (202) 530-1055
E-mail: ehaughey@fchs.com

*Attorney for Plaintiff GlaxoSmithKline LLC*

Of Counsel:

Colleen Tracy, Esq.
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200
E-mail: ctracy@fchs.com

# Exhibit A

US007547719B2

(12) **United States Patent**
**Moore**

(10) **Patent No.: US 7,547,719 B2**
(45) **Date of Patent: Jun. 16, 2009**

(54) **3'-[(2Z)-[1-(3,4-DIMETHYLPHENYL)-1,5-DIHYDRO-3-METHYL-5-OXO-4H-PYRAZOL-4-YLIDENE]HY-DRAZINO]-2'-HYDROXY-[1,1'-PIPHENYL]-ACID BIS-(MONOETHANOLAMINE)**

(75) Inventor: **Stephen Moore**, Tonbridge (GB)

(73) Assignee: **SmithKline Beecham Corp.**, Philadelphia, PA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 288 days.

(21) Appl. No.: **10/515,304**

(22) PCT Filed: **May 21, 2003**

(86) PCT No.: **PCT/US03/16255**

§ 371 (c)(1), (2), (4) Date: **Feb. 22, 2006**

(87) PCT Pub. No.: **WO03/098992**

PCT Pub. Date: **Dec. 4, 2003**

(65) **Prior Publication Data**

US 2006/0178518 A1 Aug. 10, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/382,871, filed on May 22, 2002.

(51) **Int. Cl.**
***C07D 231/38*** (2006.01)
***A61K 31/4152*** (2006.01)

(52) **U.S. Cl.** ..................... **514/404**; 548/367.4; 564/251

(58) **Field of Classification Search** ............. 548/367.4; 564/251; 514/404
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 851,444 A | 4/1907 | Shulthess | |
| 2,809,963 A | 10/1957 | Walter | 534/665 |
| 2,950,273 A | 8/1960 | Pelz | |
| 3,366,619 A | 1/1968 | DeLucia | |
| 4,435,417 A | 3/1984 | Toja et al. | |
| 4,510,149 A | 4/1985 | Cozzi et al. | |
| 4,582,831 A | 4/1986 | Robertson | |
| 4,686,285 A | 8/1987 | Pedrazzi | 534/606 |
| 4,880,788 A | 11/1989 | Moake et al. | |
| 4,948,900 A | 8/1990 | Iijima et al. | |
| 5,326,776 A | 7/1994 | Winn et al. | |
| 5,482,546 A | 1/1996 | Eida et al. | |
| 5,532,202 A | 7/1996 | Yoshida | |
| 5,622,818 A | 4/1997 | Kapp et al. | |
| 5,669,967 A | 9/1997 | Hays | |
| 5,746,821 A | 5/1998 | Hays | |
| 5,760,038 A | 6/1998 | Murugesan et al. | |
| 5,932,546 A | 8/1999 | Barrett et al. | |
| 6,214,813 B1 | 4/2001 | Zhang et al. | |
| 6,238,442 B1 | 5/2001 | Schumacher et al. | |
| 6,248,871 B1 | 6/2001 | Ebenezer et al. | |
| 6,280,959 B1 | 8/2001 | Gleason et al. | |
| 6,436,915 B1 | 8/2002 | Zhang et al. | |
| 2003/0060453 A1 | 3/2003 | Zhang et al. | |
| 2004/0063764 A1 | 4/2004 | Takemoto et al. | |
| 2004/0082626 A1 | 4/2004 | Takemoto et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 193350 | 11/1904 |
| DE | 193350 | 12/1907 |
| DE | 1046220 | 12/1958 |
| EP | 0 638 617 | 8/1994 |
| EP | 1 207 155 | 7/2000 |
| EP | 1 253 142 | 1/2001 |
| EP | 1 104 674 | 6/2001 |
| GB | 826207 | 7/1956 |
| GB | 779 880 | 7/1957 |
| JP | 2002-371213 | 12/2002 |
| WO | WO 93/17681 | 9/1993 |
| WO | WO 94/26709 | 11/1994 |
| WO | WO 96/40750 | 12/1996 |
| WO | WO 98/46606 | 10/1998 |
| WO | WO 99/11262 | 3/1999 |
| WO | WO 99/15500 | 4/1999 |
| WO | WO 00/35446 | 6/2000 |
| WO | WO 00/68222 | 11/2000 |
| WO | WO 01/77080 | 1/2001 |
| WO | WO 01/07423 | 2/2001 |
| WO | WO 01/17349 | 3/2001 |
| WO | WO 01/89457 | 11/2001 |
| WO | WO 02/59099 | 1/2002 |
| WO | WO 02/59100 | 1/2002 |
| WO | WO 02/49413 | 6/2002 |
| WO | WO 02/057300 | 7/2002 |
| WO | WO 02/085343 | 10/2002 |
| WO | WO 03/045379 | 6/2003 |
| WO | WO03/074550 | 9/2003 |
| WO | WO03/098992 | 12/2003 |
| WO | WO 03/103686 | 12/2003 |
| WO | WO 2004/054515 | 7/2004 |
| WO | WO 2004/096154 | 11/2004 |
| WO | WO 2005/041867 | 5/2005 |

(Continued)

OTHER PUBLICATIONS

People's Republic of China, Office Action, dated Mar. 17, 2006.

(Continued)

*Primary Examiner*—Rebecca L Anderson
*Assistant Examiner*—Jason Nolan
(74) *Attorney, Agent, or Firm*—Wayne J. Dustman; Edward R. Gimmi; Charles M. Kinzig

(57) **ABSTRACT**

An improved thrombopoietin mimetic, the bis-(monoethanolamine) salt of 3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid.

**21 Claims, No Drawings**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 01/21180 | 3/2001 |
| WO | WO 01/34585 | 5/2001 |
| WO | WO 01/77108 | 10/2001 |

OTHER PUBLICATIONS


Yamazaki, et al., Database HCAPLUS, AN 1995: Abstract, 196968.
Berkhout, et al., J. of Biological Chemistry, Jun. 1997, vol. 272, No. 26, pp. 16404-16413.
Vermeulen, et al., Blood, 1998, vol. 92, No. 3, pp. 894-900.
Hasegawa, et al., Int. J. Immunopharmac, 1996, vol. 18, No. 2, pp. 103-112.
Kumamoto, et al., British Journal of Haematology, 1999, vol. 105, pp. 1025-1033.
Shiotsu, et al., Experimental Hematology, 1998, vol. 26, pp. 1195-1201.
Komatsu, et al., Blood, 1996, vol. 87, No. 11, pp. 4552-4560.
Uguccioni, et al., J. Exp. Med., 1996, vol. 183, pp. 2397-2384.
Taylor, et al., J. Org. Chem., 1987, vol. 52, pp. 4107-4110.
Kuter, et al., Seminars in Hematology, Apr. 2000, vol. 37, No. 2, pp. 41-49.
Ballestrero, et al., Oncology, 2000, vol. 59, pp. 7-13.
Sawai, et al., Journal of Leukocyte Biology, Jul. 2000, vol. 68, pp. 137-143.
Vigon, et al., Proc. Natl. Acad. Sci. USA, Jun. 1992, vol. 89, pp. 5640-5644.
Laurenz, et al., Comp. Biochem Physiol., 1997, vol. 116A, No. 4, pp. 369-377.
Metcalf, et al., Nature, Jun. 16, 1994, vol. 369, pp. 519-520.
McDonald, et al., Am. J. of Pediatric Hematology/Oncology, 1992, vol. 14, No. 1, pp. 8-21.
Souyri, et al., Cell, 1990, vol. 63, pp. 1137-1147.
Bazan, et al., Pro. Natl. Acad. Sci. USA, Sep. 1990, vol. 87, pp. 6934-6938.
Sauvage, et al., Nature, Jun. 16, 1994, vol. 369, pp. 533-538.
Wendling, et al., Nature, Jun. 16, 1994, vol. 369, pp. 571-574.
Kaushansky, et al., Nature, Jun. 16, 1994, vol. 369, pp. 568-571.
Bartley, et al., Cell, 1994, vol. 77, pp. 1117-1124.
King, et al., The Journal of Immunology, 2000, pp. 3774-3782.
Kikuta, et al., Experimental Hematology, 2000, vol. 28, pp. 311-317.
Somlo, et al., Blood, May 1, 1992, vol. 93, No. 9, pp. 2798-2806.
Kirley-Neumann, et al., Cytokines, Cellular & Molecular Therapy, 2000, vol. 6, pp. 47-56.
Egger, et al., Bone Marrow Transplant, 1998, vol. 22, pp. 34-35.
Gaudron, et al., Stem Cells, 1999, vol. 17, pp. 100-106.
Fetscher, et al., Current Opinion in Hematology, 2000, vol. 7, pp. 255-260.
Clemons, et al., Breast Cancer Res. Treatment, 1999, vol. 57, pp. 127.
Greene, “Protective Groups in Organic Synthesis”, 1981, Table of Contents.
Methia, et al., Blood, 1993, vol. 82, No. 5, pp. 1395-1401.
Yamazaki, et al., Japn. J. Toxicol. Environ. Health, 1994, vol. 94, No. 5, pp. 448-453.
Duffin, et al., J. of the Chem. Soc., 1954, pp. 408-441.
King, et al., Scand. J. of Immunol., 1999, vol. 49, No. 2, pp. 184-192.
Konica Corp. Derwent No. 92-077508/10, 1992.
Mitsubishi Pharma Corp. Derwent No. 2003-845201/78, 2003.
Mitsubishi Pharma Corp. Derwent No. 2003-767492/72, 2003.
Balli, et al., Dyes. Pigm., 1981, vol. 2, No. 2, pp. 93-124.
Balli, et al., Justus Liebigs Ann. Chem., 1996, vol. 699, pp. 133-134.
Dziomko, et al., Chem. Heterocycl. Compd., 1984, vol. 20, No. 2, pp. 196-200.
Duffy, et al., J. Med. Chem., 2001, vol. 44, No. 22, p. 3730-3745.
Kimura, et al., FEBS Letters, 1998, vol. 428, No. 3, pp. 250-254.
Beckert, et al., Monatshefte Fur Chemie, 1989, vol. 120, pp. 1125-1137.
PCT/US2004/13468 filed Apr. 29, 2004. (WO 04/096154).
PCT/US2004/034944 filed Oct. 21, 2004. (WO 05/041867).
Minssen-Guette, et al., Bulletin De La Societe Chimique De France, 1986, No. 5, pp. 2106-2110.
European Search report dated Dec. 15, 2003.
European office action dated Feb. 2, 2005.
Bussel, et al., Seminars in Hematology, 2000, vol. 37, pp. 1-49 (whole journal). see ids #7.
Balli, et al., Dyes. Pigm., 1981, vol. 2, No. 2, pp. 93-124 (sent original).
Balli, et al., Justus Liebigs Ann. Chem., 1966, vol. 699, pp. 133-144. (sent original).
CAS online Registry No. 496775-62-3, Mar. 2002.

## 3'-[(2Z)-[1-(3,4-DIMETHYLPHENYL)-1,5-DIHYDRO-3-METHYL-5-OXO-4H-PYRAZOL-4-YLIDENE]HY-DRAZINO]-2'-HYDROXY-[1,1'-PIPHENYL]-ACID BIS-(MONOETHANOLAMINE)

This application claims the benefit of U.S. Provisional Application No. 60/382,871, filed May 22, 2002.

This invention relates to an improved thrombopoietin (hereinafter TPO) mimetic, the bis-(monoethanolamine) salt of 3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol 4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid. The compound is represented by Structure I:

(I)

The compound of this invention is useful as an agonist of the TPO receptor, particularly in enhancing platelet production.

## DETAILED DESCRIPTION OF THE INVENTION

3'-{N'-[1 -(3,4-dimethylphenyl)-3-methyl-5-oxo-1,5-dihydropyrazol-4-ylidene]hydrazino}-2'-hydroxybiphenyl-3-carboxylic acid is a compound which is disclosed and claimed, along with pharmaceutically acceptable salts, hydrates, solvates and esters thereof, as being useful as an agonist of the TPO receptor, particularly in enhancing platelet production and particularly in the treatment of thrombocytopenia, in International Application No. PCT/US01/16863, having an International filing date of May 24, 2001; International Publication Number WO 01/89457 and an International Publication date of November 29, 2001, the entire disclosure of which is hereby incorporated by reference.

It has now surprisingly been found that the bis-(monoethanolamine) salt of 3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid has numerous advantages over the free acid. The free acid is poorly soluble in water (approximately 5 micrograms per milliliter). This poor solubility adversely affects the ability of the free acid to be formulated into pharmaceutical dosage forms and reduces the bioavailability of the compound in vivo.

While the free acid is highly useful as an agonist of the TPO receptor, particularly in enhancing platelet production and



particularly in the treatment of thrombocytopenia, the bis-(monoethanolamine) salt of 3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid has the added advantages of enhanced solubility and bioavailability.

The compound of this invention, 3'[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid bis-(monoethanolamine) (hereinafter—"Active Ingredient"), is useful as an agonist of the TPO receptor, particularly in enhancing platelet production and particularly in the treatment of thrombocytopenia. The Active Ingredient can be administered in a conventional dosage form prepared by combining the Active Ingredient with a conventional pharmaceutically acceptable carrier or diluent according to techniques readily known to those of skill in the art, such as those described in International Application No. PCT/US01/16863. The route of administration may be oral, parenteral or topical. The term parenteral as used herein includes intravenous, intramuscular, subcutaneous, intranasal, intrarectal, intravaginal or intraperitoneal administration. Oral administration is generally preferred.

As used herein the term "monoethanolamine" means "2-aminoethanol".

Doses of the presently invented Active Ingredient in a pharmaceutical dosage unit as described above will be an efficacious, nontoxic quantity preferably selected from the range of 0.001-100 mg/kg of total body weight, preferably 0.001-50 mg/kg. When treating a human patient in need of a TPO mimetic, the selected dose is administered preferably from 1-6 times daily, orally or parenterally. Preferred forms of parenteral administration include topically, rectally, transdermally, by injection and continuously by infusion. Oral dosage units for human administration preferably contain from 0.05 to 3500 mg of Active Ingredient, most preferably from 0.5 to 1,000 mg of Active Ingredient. Oral administration, which uses lower dosages is preferred. Parenteral administration, at high dosages, however, also can be used when safe and convenient for the patient. The above dosages relate to the preferred amount of the Active Ingredient expressed as the free acid.

It will be recognized by one of skill in the art that the optimal quantity and spacing of individual dosages of the Active Ingredient will be determined by the nature and extent of the condition being treated, the form, route and site of administration, and the particular patient being treated, and that such optimums can be determined by conventional techniques. It will also be appreciated by one of skill in the art that the optimal course of treatment, i.e., the number of doses of the Active Ingredient given per day for a defined number of days, can be ascertained by those skilled in the art using conventional course of treatment determination tests.

Generally speaking, the compound of this invention is prepared by dissolving the free acid, 3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid, in an appropriate organic solvent, preferably tetrahydrofuran (hereinafter THF) or ethanol/IMS (Industrial Methylated Spirit), filtering the resultant mixture to remove contaminants, then adding this solution to a solution of two or more equivalents of ethanolamine in an organic solvent, preferably a water-miscible solvent, which may contain a measured amount of water, preferably up to 5 volumes of water with respect to the free acid. The compound of this invention is filtered off and dried, for example, dried in vacuo or air dried at an elevated temperature.

Ethanolamine, 99%, was purchased from the Aldrich Chemical Company, Milwaukee, Wis.

Tetrahydrofuran (THF) and Industrial Methylated Spirit 74 O.P. (IMS) were purchased from BDH Laboratory Supplies, Poole, England.

The following examples further illustrate the present invention. The examples are not intended to limit the scope of the invention as defined hereinabove and as claimed below.

## EXAMPLE 1

Preparation of

3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid-carboxylic acid bis-(monoethanolamine)

$CO_2H$ OH NH N O N N

Ethanolamine

THF/Ethanol/$H_2O$

$CO_2H$ OH NH N O N N (HO NH$_2$)$_2$

3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid, 1 g of crude orange solid, in 16.75 ml of THF was stirred at approximately 30° C. Water (2.0 ml) was added slowly to maintain a temperature greater than 28° C. When the addition was complete, the temperature was returned to 30° C. and the solution filtered through a glass fibre pad (2×Whatman GFC filters) to remove particulate



matter. The filter was washed through with THF (2.0 ml) which was added to the filtrate. The filtrate was allowed to cool to room temperature. Ethanolamine (0.324 g, 2.35 mol. equiv.) was dissolved in IMS (26 ml) and stirred under a nitrogen atmosphere at room temperature. The filtrate containing the free acid was added to the ethanolamine solution over 20 to 30 minutes. The resulting dark red suspension was stirred for 3 hours and the solid isolated by filtration and dried at 50° C. in a vacuum oven over night to yield 1.22 g (96%) of the title compound.

Proton NMR (400 MHz, DMSO-d6+20 ul TFA, referenced to DMSO-d5 δ2.5): δ2.21 (s, 3H), 2.26 (s, 3H), 2.31 (s, 3H), 2.85 (m, 4H), 3.57 (t, 4H), 7.07 (m), 7.14 (s), 7.18 (d, overlapped 3H), 7.61 (t), 7.63 (dd, overlapped 2H), ~7.7 (m, overlapped 2H), 7.79 (d), ~7.8 (br. s, overlapped 2H), 7.96 (d, 2H), 8.13 (s, 1H), 13.8 (br. s, not measurable, superimposed on TFA resonance) and signals for THF 1.76 (m) and 3.60 (overlayed by ethanolamine signal) integrating at 1.05% w/w and for ethanol 1.06 (t) and 3.44 (q) integrating at 1.3% w/w. IR Data (Nujol mull) 1636, 1506, 1466, 1378, 1348, 1294, 1273, 1255, 1228, 1194, 1127, 1118, 1066, 1015, 767, 747 $cm^{-1}$.

## EXAMPLE 2

Preparation of

3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid bis-(monoethanolamine)

3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid, 8 g of crude orange solid, was dissolved at room temperature in THF (240 ml) in a 500 ml round bottom 3-necked flask under a nitrogen atmosphere. Ethanolamine (2.2 ml , 2 molar equivalents) was added via syringe over 5 minutes. The resulting dark red suspension was stirred at room temperature for 1.5 hours and the solid isolated by filtration, washed with THF (16 ml×2) and dried at 50° C. in a vacuum oven over night to yield 10.37 g of the title compound (more than quantitative yield due to residual solvent—approximately 2.4% w/w THF as determined by NMR, otherwise similar to Example 1).

## EXAMPLE 3

Preparation of

3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid bis-(monoethanolamine)

3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid, 8 g of crude orange solid, was suspended at room temperature in ethanol (800 ml) under a nitrogen atmosphere. Ethanolamine (2.2 ml, ~2 molar equivalents) was added via syringe over 5 minutes. The resulting dark red suspension was stirred at room temperature for 45 hours and the solid isolated by filtration, washed with ethanol (10 ml×2) and dried at 50° C. in a vacuum oven over night to yield 9.83 g (96% yield) of the title compound. NMR similar to Example 1; ethanol content 1.3% w/w but no THF present.

EXAMPLE 4

Preparation of

3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid bis-(monoethanolamine)

3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid (259.0 g) was stirred in THF (4660 ml) at room temperature until completely dissolved. The solution was filtered and the reactor washed with more THF (520 ml) via the filter. (Combined filtrate=Solution 1).

Meanwhile, another reactor was set up for atmospheric distillation with overhead stirring. The reactor was charged in turn with IMS 74 O.P. (7770 ml) and then ethanolamine (354 ml). The solution was stirred vigorously and heated until the contents started to distil (BP. 76-77° C.).

Solution 1 was transferred to the dropping funnel fitted to this reactor. When the contents of the reactor were distilling at a constant rate (ca. 50 ml distillate collected), Solution 1 was added from the dropping funnel at about the same rate or slightly slower than the distillation rate. On completion of the addition the dropping funnel was washed through with IMS (260ml×2) ensuring that all the free acid was washed into the reaction mixture. The apparatus was rearranged for reflux and the resulting dark red suspension stirred at reflux under nitrogen for 30 minutes. It was allowed to cool slowly (overnight) to room temperature (ca. 20° C.) with stirring under nitrogen.

The suspension was filtered and the dark purple solid washed on the filter with IMS (520 ml×2). It was vacuum dried at room temperature, then dried at 50° C. in a vacuum oven over night. Weight yield=323.9 g, 98%. Residual solvents (GCS) THF=<0.05%, ethanol=0.12%.

The title compound displayed NMR and IR spectra essentially as indicated in Example 1 with only traces of solvent present.

EXAMPLE 5

Relative Solubilities

The solubility of 3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid as the free acid (Compound A) and as the bis-(monoethanolamine) salt (Compound B) was determined in three different systems: water, 0.1 HCl and methanol. The data are summarized in Table 1 below.

TABLE 1

| Solvent Solubility at 25 deg | Compound A mg/ml mg/ml | Compound B mg/ml mg/ml |
|---|---|---|
| Water | <0.001 | 14.2 |
| 0.1% HCl | <0.001 | <0.001 |
| methanol | 1.9 | 6.4 |

The present invention includes within its scope pharmaceutical compositions comprising 3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid bis-(monethanolamine), as the active ingredient, in association with a pharmaceutically acceptable carrier or diluent. The compound of this invention can be administered by oral or parenteral routes of administration and can be formulated in dosage forms appropriate for each route of administration including capsules, tablets, pills, powders and granules. In such solid dosage forms, the active compound is admixed with at least one inert diluent. The oral dosage forms can also comprise, as is normal practice, additional substances other than inert diluents, e.g., lubricating agents, glidants and antioxidants. In the case of capsules, tablets and pills, the dosage forms may also comprise buffering agents. Tablets and pills can additionally be prepared for a sustained release.

Preparations according to this invention for parenteral administration include sterile aqueous solutions although nonaqueous suspensions of emulsions can be employed. Such dosage forms may also contain adjuvants such as preserving, wetting, osmotic, buffering, emulsifying and dispersing agents. They may be sterilized by, for example, filtration through a bacteria retaining filter, by incorporating sterilizing agents into the compositions, irradiating the compositions or by heating the compositions.

The following examples further illustrate the pharmaceutical compositions which are a feature of this invention.

EXAMPLE 6

Tablet Composition

Lactose, microcrystalline cellulose, sodium starch glycolate, magnesium stearate and 3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid bis-(monoethanolamine) are blended in the proportions shown in Table 2 below. The blend is then compressed into tablets.

TABLE 2

| INGREDIENT | mg. |
|---|---|
| 3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid bis-(monoethanolamine) | 8.45 |
| microcrystalline cellulose | 112 |
| lactose | 70 |
| sodium starch glycolate | 8 |
| magnesium stearate | 2 |

EXAMPLE 7

Injectable Parenteral Composition

An injectable form for administering 3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid bis-(monoethanolamine) is produced by stirring 5.0 mg. of the compound in 1.0 ml. of normal saline.

While the preferred embodiments of the invention are illustrated by the above, it is to be understood that the invention is not limited to the precise instructions herein disclosed and that the right to all modifications coming within the scope of the following claims is reserved.

What is claimed is:

**1**. The compound 3'-[(2Z)-[1-(3,4-dimethylphenyl)-1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1'-biphenyl]-3-carboxylic acid bis-(monoethanolamine).

**2**. A pharmaceutical composition comprising 3'-[(2Z)-[1-(3,4-dimethyiphenyl)- 1 ,5-dihydro-3-methyl-5-oxo-4H-

pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1 '-biphenyll-3-carboxylic acid bis-(monoethanolamine) and a pharmaceutically acceptable carrier or diluent.

**3**. A method of treating thrombocytopenia in a human in need thereof which comprises administering to such human a therapeutically effective amount of the compound of claim **1**.

**4**. The method of claim **3** wherein the compound is administered orally.

**5**. The method of claim **3** wherein the compound is administered parenterally.

**6**. A method of agonizing the TPO (Thrombopoietin) receptor in a human in need thereof which comprises administering to such human a therapeutically effective amount of the compound of claim **1**.

**7**. A process for preparing a pharmaceutical composition containing a pharmaceutically acceptable carrier or diluent and a therapeutically effective amount of a compound of claim **1**, which process comprises bringing the compound of claim **1** into association with the pharmaceutically acceptable carrier or diluent.

**8**. The method of claim **3** further comprising co-administering a therapeutically effective amount of an agent selected from the group consisting of: a colony stimulating factor, cytokine, chemokine, interleukin or cytokine receptor agonist or antagonist, soluble receptor, receptor agonist or antagonist antibody, and small molecules or peptides that act by the same mechanisms of one or more of the agents.

**9**. The method of claim **8** wherein the agent is selected from the group consisting of: granulocyte-colony stimulating factor (G-CSF), granulocyte monocyte colony stimulating factor (GM-CSF), Thrombopoietin (TPO), Macrophage colony-stimulating factor (M-CSF), Erythropoietin (EPO), Gro-beta, Interleukin 11 (IL-11), Stem cell factor (SCF), FMS-like tyrosine kinase 3 (FLT3)_ligand, leukemia inhibitory factor (LIF), Interleukin 3 (IL-3), Interleukin 6 (IL-6), Interleukin 1 (IL-1), Progenipoietin, novel erythroid-stimulating protein (NESP), Filgrastim r-metHuG-CSF (SD-01), Interleukin 8 (IL-8), Interleukin 5 (IL-5) and a biologically active derivative of any of the agents.

**10**. The pharmaceutical composition of claim **2** further comprising co-administering a therapeutically effective amount of an agent selected from the group consisting of: a colony stimulating factor, cytokine, chemokine, interleukin and cytokine receptor agonist.

**11**. The composition of claim **10** wherein the agent is selected from the group consisting of: granulocyte-colony stimulating factor (G-GSF), granulocyte monocyte colony stimulating factor (GM-CSF), Thrombopoietin (TPO), Macrophage colony-stimulating factor (M-CSF), Erythropoietin (EPO), Gro-beta, Interleukin 11 (IL-11), Stem cell factor (SCF),FMS-like tyrosine kinase 3 (FLT3)_ligand, leukemia inhibitory factor (LIF), Interleukin 3 (IL-3), Interleukin 6 (IL-6), Interleukin 1 (IL-1), Interleukin 5 (IL-5) and a biologically active derivative of any of and agents.

**12**. A method of claim **3** wherein said thrombocytopenia is due to myelosuppression caused by chemotherapy or radiation therapy.

**13**. A method of claim **3** wherein said thrombocytopenia is due to an organ transplant.

**14**. A method of claim **3** wherein said thrombocytopenia is due to bone marrow, stem cell, or liver transplant.

**15**. A method of claim **3** wherein said thrombocytopenia is due to idiopathic thrombocytopenia purpura (ITP).

**16**. A method of claim **3** wherein said thrombocytopenia is due to myelodysplastic syndromes (MDS), aplastic anemia or leukemia.

**17**. A method of claim **3** wherein said thrombocytopenia is due to viral, fungal, microbial or parasitic infection.

**18**. A method of claim **3** wherein said thrombocytopenia is due to liver dysfunction.

**19**. A method of claim **3** wherein said thrombocytopenia is due to surgical procedures.

**20**. A method of claim **3** wherein said thrombocytopenia is due to treatment with antiviral or antibiotic agents.

**21**. A process for preparing the compound of claim **1**, which process comprises:

i) dissolving 3'-[(2Z)-[1 -(3,4-dimethyiphenyl)- 1,5-dihydro-3-methyl-5-oxo-4H-pyrazol-4-ylidene]hydrazino]-2'-hydroxy-[1,1 '-biphenyl]-3-carboxylic acid in an appropriate organic solvent, to form a solution;

ii) adding two or more equivalents of ethanolamine to the solution; and

iii) isolating the prepared compound.

* * * * *